United States District Court

For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    PAUL SAMUEL JOHNSON,                    Case No.: 12-02924 CW (PR)

5              Plaintiff,                    ORDER OF DISMISSAL WITHOUT
                                             PREJUDICE
6         v.

7    MELLISA McKINNEY, et al.,

8              Defendants.

9

10

11        Plaintiff filed the present pro se civil rights action and an

12   application seeking leave to proceed in forma pauperis (IFP) when

13   he was incarcerated at the California State Prison - Solano.

14   Thereafter, when Plaintiff informed the Court that he was going to

15   be released, the Court directed him either to pay the filing fee

16   or file a non-prisoner IFP application.  Docket no. 7.  Plaintiff

17   was not released at that time; consequently, he filed a new

18   prisoner IFP application.  Docket no. 14.  Subsequently, Plaintiff

19   was released and no longer is incarcerated.

20        By Order dated December 4, 2012, the Court denied Plaintiff's

21   request to proceed IFP and informed him that, because he has been

22   released from custody, he now must apply to proceed IFP under the

23   general provisions of 28 U.S.C. § 1915(a)(1) or he must pay the

24   $350.00 filing fee.  The Court ordered Plaintiff to pay the fee or

25   submit a completed non-prisoner IFP application no later than

26   fourteen days from the date of the order.  The Court informed

27   Plaintiff that if he failed to comply with the order, the case

28   would be dismissed without prejudice.  The Clerk of the Court sent

1  Plaintiff a blank non-prisoner IFP application with the order.

2        More than fourteen days have passed since the Court's order

3  issued and Plaintiff has not complied with the order or otherwise

4  communicated with the Court.

5        Accordingly, this case is hereby DISMISSED without prejudice.

6        The Clerk shall enter judgment and close the file.

7        IT IS SO ORDERED.

8  Dated: 12/27/2012

9                                    CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California