United States District Court

Northern District of California

PAUL SAMUEL JOHNSON,

        Plaintiff,

    v.

MELLISA McKINNEY, et al.,

        Defendants.

Case No.: C 12-2924 CW (PR)

JUDGMENT

     In accordance with the Court's Order of Dismissal, a judgment of dismissal without prejudice is entered.  Plaintiff shall bear his own costs.

     The Clerk of the Court shall close the file.

     IT IS SO ORDERED.

Dated:  12/27/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE